# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2954

_____

Thomas R. Louden,       *
      *
      Appellant,       *
      *
      v.       *
      *    Appeal from the United States
City of Minneapolis; Sharon Sayles    *    District Court for the
Benton, Mayor; Council Members,    *    District of Minnesota.
prior and seated Alice Rainville;    *
Barbara Johnson; Bureaucrats; Jim    *    [UNPUBLISHED]
Moncure; Oren Larson; Gerry Takumi;    *
Rebecca Caulfield; Philip D. Bush,    *
Judge; Jane Dows; John Dows,    *
      *
      Appellees.       *

_____

Submitted: October 7, 1998
Filed: November 4, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Thomas R. Louden appeals the district court's[1] dismissal of his action. Having carefully reviewed the record we conclude no error of law appears, and we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.